IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DOYCE ELAINE THOMPSON, § § § | |
| Plaintiff, § § | Case No. 4:17-cv-00913-O |
| v. § § | |
| COMMONWEALTH FINANCIAL § SYSTEMS, INC., § § | |
| Defendant. § | |

## PROPOSED ORDER OF DISMISSAL

Considering the Parties Joint Motion to Dismiss advising that the Parties have settled their disputes in this matter, the Court enters the following order:

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be, and it hereby is, dismissed with prejudice, each party to bear its own costs and attorney's fees; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court retains jurisdiction to enforce the settlement agreement between the Parties, provided that

a motion to re-open the case and enforce the settlement agreement is filed on or before December 22, 2018

Dallas, Texas, this _____ day of September 2018.

_____
JUDGE REED C. O'CONNOR