**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **DOYCE ELAINE THOMPSON,** § | |
| § | |
| Plaintiff, § | |
| § | **Case No. 4:17-cv-00913-O** |
| v. § | |
| § | |
| **COMMONWEALTH FINANCIAL** § | |
| **SYSTEMS, INC.,** § | |
| § | |
| Defendant. § | |

# ORDER

Before the Court is the parties' Joint Motion to Dismiss (ECF No. 22), filed September 11, 2018. Having considered the motion, the Court finds it should be and is hereby **GRANTED**. The Court orders as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be, and it hereby is, **DISMISSED with prejudice**, each party to bear its own costs and attorney's fees; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court retains jurisdiction to enforce the settlement agreement between the Parties, provided that a motion to re-open the case and enforce the settlement agreement is filed on or before December 22, 2018.

**SO ORDERED** on this **12th day** of **September, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE